AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-05113-TLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ZR Consulting, LLC;  Zachary Ramirez

was received by me on *(date)*  03/03/2022  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I served the summons and complaint on Mr. Zachary Ramirez, by Substituted service at 1661 N. Raymond Avenue, Suite 265, Anaheim, CA 92801, on 03/03/2022. Then mailed by USPS First class a second set of the lawsuit documents on same day.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  03/04/2022

*Server's signature*

Roger E. Davila, Process server
*Printed name and title*

6621 W 86Th Place, #205, Los Angeles, CA 90045
*Server's address*

Additional information regarding attempted service, etc: