AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:22-cv-05113-TLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ZR Consulting, LLC;  Zachary Ramirez

was received by me on *(date)*  03/03/2022  .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I served the summons and complaint on ZR Consulting, LLC, by Substituted service
on the Manager Mr. Zachary Ramirez, at 1661 N. Raymond Avenue, Suite 265, Anaheim, CA 92801, on
03/03/2022. Then mailed by USPS First class a second set of the lawsuit documents on same day.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   03/04/2022

_____
Server's signature

Roger E. Davila, Process server
Printed name and title

6621 W 86Th Place, #205, Los Angeles, CA 90045
Server's address

Additional information regarding attempted service, etc: