# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| Amanda Hull, *on behalf of herself and others similarly situated*, | ) |
| | ) Case No. 3:22-cv-05113-TLF |
| Plaintiff, | ) |
| | ) **NOTICE OF DISMISSAL** |
| v. | ) |
| | ) |
| ZR Consulting, LLC, dba Pinehurst Funding, and Zachary Ramirez, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Amanda Hull, dismisses her individual claims with prejudice, and the putative class's claims without prejudice.

| | | |
|---|---|---|
| 1 | Date: May 6, 2022 | */s/ Matthew J. Cunanan* |
| 2 | | Matthew J. Cunanan |
| | | DC Law Group |
| 3 | | 12055 15th Ave NE, Ste. B |
| 4 | | Seattle, WA 98125 |
| | | Phone: (206) 494-0400 |
| 5 | | Fax: (855) 494-0400 |
| 6 | | matthew@dclawyers.com |

Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 803-1578
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

*Counsel for Plaintiff and the proposed classes*